IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LINHAI YUJING ELECTRONIC LIGHTING CO. LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>*Defendants*. | **Civil Action No. 1:24-cv-2099**<br><br>**JURY TRAIL DEMANDED** |

## ORIGINAL COMPLAINT

Plaintiff Linhai Yujing Electronic Lighting Co. Ltd. ("Plaintiff" or "Linhai Lighting") hereby brings this design patent infringement action against the Partnerships and Unincorporated Associations identified in Schedule A (collectively, "Defendants") and alleges as follows:

### INTRODUCTION

1. Linhai Lighting files this action to combat foreign design patent infringers who trade upon Linhai Lighting's invention, reputation, and goodwill by selling and/or offering for sale unlicensed products, namely the flag string light products shown in Exhibit 1 ("Infringing Products"). The Defendants operate several TEMU storefronts ("Defendant TEMU Stores") designed to appear to be selling genuine products, while actually selling Infringing Products to unbeknownst consumers. The Defendant TEMU Stores share unique identifiers, such as similar product images and specifications, advertising, design elements, and similarities of the Infringing Products themselves, establishing a logical relationship between them and suggesting that Defendants' operation arises out of the same transaction, occurrence, or series of transactions or occurrences. Defendants attempt to avoid liability by going to great lengths to conceal both their

identities and the full scope and interworking of their operation. Linhai Lighting is forced to file this action to combat Defendants' infringement of Linhai Lighting's patented design, as well as to protect innocent consumers from purchasing Infringing Products on TEMU. Linhai Lighting has been and continues to be irreparably damaged as a result of Defendants' actions from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing its patented design and seeks injunctive and monetary relief.

## JURISDICTION AND VENUE

2. This Court has original subject matter jurisdiction over the claims in this action pursuant to the provisions of the Patent Act, 35 U.S.C. § 1, *et seq.*, 28 U.S.C. § 1338(a)-(b) and 28 U.S.C. § 1331.

3. This Court may properly exercise personal jurisdiction over Defendants since each of the Defendants directly targets business activities toward consumers in the United States, including Illinois, through at least the fully interactive, commercial Defendant TEMU Stores. Specifically, Defendants are reaching out to do business with Illinois residents by operating the Defendant TEMU Stores through which Illinois residents can purchase Infringing Products. Each of the Defendants has targeted sales from Illinois residents by operating online stores that offer shipping to the United States, including Illinois, accept payment in U.S. dollars and, on information and belief, has sold Infringing Products to residents of Illinois. Each of the Defendants is committing tortious acts in Illinois, is engaging in interstate commerce, and has wrongfully caused Linhai Lighting substantial injury in the State of Illinois.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 as Defendants are believed to be related Chinese entities.

## THE PARTIES

5. Linhai Lighting is a type of foreign limited liability company organized under the laws of the People's Republic of China. Founded in 1998, Linhai Lighting is one of the leading Chinese professional lighting manufacturers. Linhai Lighting boasts a 60,000 square-meter workshop, more than fifty experienced electrical engineers, over 1,000 skilled workers, and three production factories. The factory in Henan province is the largest Christmas light factory in northern China, specializing in the production of LED bulbs, micro-bulbs, copper wire, PVC cable, and rubber cable. The two factories in Zhejiang province are centrally located for the convenient transportation of goods to Huangyan airport and Ningbo port. The Linhai Lighting factories strive to adhere to the company motto of "Quality, Honesty, Good Price & Better Service." Linhai Lighting has an in-house quality control laboratory and have completed set certification of GS, CE, IMQ, KEMA, ROHS, VDE, and EMC. Linhai Lighting's products include cluster lights, LED-rice bulbs, string lights, icicle lights, net lights, curtain lights, rope lights, tree lights, branch lights, acrylic decoration lights, and tube motif lights. Linhai Lighting is proud to provide their high quality lighting products to help brighten the world.

6. Linhai Lighting is the named applicant of the United States Design Patent ("Design Patent") identified in Exhibit 2.

7. Upon information and belief, Defendants are TEMU storefronts operating from China. Defendants conduct business throughout the United States, including within the State of Illinois and this Judicial District, through the Defendant TEMU Stores.

## BACKGROUND

8. The Design Patent was filed on April 20, 2018 and duly issued on February 18, 2020.

9. The Design Patent claims the ornamental design for a flag light, as shown and described.

10. Linhai Lighting manufactures and sells their own flag light product on the Amazon.com marketplace under the brand name Yuliang which embody and practice the Design Patent. The Yuliang branded flag light product are well established on Amazon and enjoy quality customer reviews and high ratings, earning 4.6 stars out of 5 on over fourteen hundred reviews.

11. Linhai Lighting has not granted a license or any other form of permission to Defendants to practice the Design Patent.

12. On information and belief, Defendants are under common control of one entity or individual. They are an interrelated group of infringers working in active concert to willfully make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products that infringe directly and/or indirectly the Design Patent in the same transaction, occurrence, or series of transactions or occurrences. For example, Defendants all sell and/or offer for sale the same Infringing Products with minor variations as well as similar if not identical product images and descriptions as shown in Exhibit 1. Tactics used by Defendants to conceal their identities and the full scope of their operation make it virtually impossible for Linhai Lighting to learn Defendants' true identities and the exact interworking of their network. In the event that Defendants provide additional credible information regarding their identities, Linhai Lighting will take appropriate steps to amend the Complaint.

13. Defendants go to great lengths to conceal their identities and often use multiple fictitious names and addresses to register and operate their network of Defendant TEMU Stores. On information and belief, Defendants regularly create new TEMU storefronts to allocate potential liability. Such Defendant TEMU Store registration patterns are one of many common tactics used

by the Defendants to conceal their identities, the full scope and interworking of their operation, and to avoid being shut down.

14. Even though Defendants operate under multiple fictitious names, there are numerous similarities among the Defendant TEMU Stores. The Defendant TEMU Stores include notable common features beyond selling the exact same infringing product, including the same product images, accepted payment methods, lack of contact information, identically or similarly priced items and volume sales discounts, the same incorrect grammar and misspellings, and the use of the same text and images.

15. In addition to operating under multiple fictitious names, Defendants in this case and defendants in other similar cases against online infringers use a variety of other common tactics to evade enforcement efforts. For example, infringers like Defendants will often register new online marketplace accounts under new aliases once they receive notice of a lawsuit. Infringers also typically ship products in small quantities via international mail to minimize detection by U.S. Customs and Border Protection.

16. Further, infringers such as Defendants typically operate multiple credit card merchant accounts and PayPal accounts behind layers of payment gateways so that they can continue operation in spite of Linhai Lighting's enforcement efforts, such as take down notices. On information and belief, Defendants maintain off-shore bank accounts and regularly move funds from their PayPal accounts or other financial accounts to off-shore bank accounts outside the jurisdiction of this Court. Indeed, analysis of PayPal transaction logs from previous similar cases indicates that offshore infringers regularly move funds from U.S.-based PayPal accounts to China-based bank accounts outside the jurisdiction of this Court.

17. Defendants, without any authorization or license from Linhai Lighting, have knowingly and willfully offered for sale, sold, and/or imported into the United States for subsequent resale or use products that infringe the Design Patent, and continue to do so via the Defendant TEMU Stores. Each Defendant TEMU Store offers shipping to the United States, including Illinois, and, on information and belief, each Defendant has sold Infringing Products into the United States, including Illinois.

18. Defendants' infringement of the Design Patent in the offering to sell, selling, or importing of the Infringing Products is willful.

19. Defendants' infringement of the Design Patent in connection with the offering to sell, selling, or importing of the Infringing Products, including the offering for sale and sale of Infringing Products in Illinois, is irreparably harming Linhai Lighting.

### COUNT I: DESIGN PATENT INFRINGEMENT
### (35 U.S.C. § 271)

20. Linhai Lighting hereby re-alleges and incorporates by reference the allegations set forth in the preceding paragraphs.

21. Defendants offer for sale, sell, and/or import into the United States for subsequent resale or use Infringing Products that infringe the ornamental design claimed in the Design Patent, *i.e.*, the ornamental design for a flag light, as exemplified below:



22. Defendants have infringed the Design Patent through the aforesaid acts and will continue to do so unless enjoined by this Court. Defendants' infringing conduct has caused Linhai Lighting to suffer irreparable harm resulting from the loss of its lawful patent rights to exclude others from making, using, selling, offering for sale, and importing the patented invention. Linhai Lighting is entitled to injunctive relief pursuant to 35 U.S.C. § 283.

23. Unless a preliminary and permanent injunction is issued enjoining Defendants and all others acting on in active concert therewith from infringing the Design Patent, Linhai Lighting will continue to be irreparably harmed.

24. Linhai Lighting is entitled to recover damages adequate to compensate for the infringement, including Defendants' profits pursuant to 35 U.S.C. § 289. Linhai Lighting is entitled to recover any other damages as appropriate pursuant to 35 U.S.C. § 284.

**PRAYER FOR RELIEF**

WHEREFORE, Linhai Lighting prays for a judgment against Defendants as follows:

1) That Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily, preliminarily, and permanently enjoined and restrained from:

    a. offering for sale, selling, and importing any products not authorized by Linhai Lighting that embody or practice any reproduction, copy or colorable imitation of the ornamental design for a flag light as claimed in the Design Patent;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Design Patent; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2) Entry of an Order that, upon Linhai Lighting's request, those in privity with Defendants and those with notice of the injunction, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, TEMU, Wish.com, Walmart.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, TEMU search engines such as Google, Bing and Yahoo (collectively, "Third Party Providers") shall:

    a. disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods that infringe the Design Patent;

      b.      disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Design Patent; and

      c.      take all steps necessary to prevent links to the Defendant TEMU Stores from displaying in search results, including, but not limited to, removing links to the Defendant TEMU Stores from any search index;

3) That Linhai Lighting be awarded such damages as it shall prove at trial against Defendants that are adequate to compensate Linhai Lighting for infringement of the Design Patent, including and not limited to all of the profits realized by Defendants, or others acting in concert or participation with Defendants, from Defendants' infringement of the Design Patent;

4) That the Court increase the damages up to three times the amount found or assessed, after an accounting, pursuant to 35 USC § 284;

5) That Linhai Lighting be awarded its reasonable attorneys' fees and costs; and

6) Any and all other relief that this Court deems just and proper.

| | |
|---|---|
| DATED: March 13, 2024 | Respectfully submitted,<br><br>By: */s/ Nicholas Najera*<br><br>Of Counsel:<br>Timothy T. Wang<br>Texas Bar No. 24067927<br>twang@nilawfirm.com<br>Nicholas Najera<br>Texas Bar No. 24127049<br>nnajera@nilawfirm.com<br><br>NI, WANG & MASSAND, PLLC<br>8140 Walnut Hill Ln., Ste. 615<br>Dallas, TX 75231<br>Tel: (972) 325-2220<br>Fax: (972) 314-0900<br><br>*Counsel for Linhai Lighting* |