IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LINHAI YUJING ELECTRONIC LIGHTING CO. LTD.,**<br><br>*Plaintiff*,<br><br>v.<br><br>**THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>*Defendants*. | **Civil Action No. 1:24-cv-2099** |

### **EXHIBIT 1 – PUBLIC VERSION OF SEALED DOCUMENT**

This document is the public version of sealed Exhibit 1. The sealed version of Exhibit 1 will be filed separately under seal with a motion for leave to file documents under seal and will remain under seal until further Order of this Court.